ACCEPTED
04-15-00502-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/19/2015 12:06:14 PM
KEITH HOTTLE
CLERK

# Angela J. Moore

### Board Certified in Criminal Law and Criminal Appellate Law by the State Bar of Texas.

Mr. Keith E. Hottle
Clerk of Court
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

11/19/15 12:06:14 PM

KEITH E. HOTTLE
Clerk

RE:   Charles Marcus Finch v. The State of Texas
      Court of Appeals No. 04-15-00502-CR
      Cause No. 5558

Dear Mr. Hottle:

In response to the Court's Order dated November 9, 2015, the Designation of Record was not filed in this matter earlier due to the fact that when I was appointed in this matter all I received from Kendall County was a copy of the Application for Counsel and Order Appointing or Waiver of Right (CCP 1.051). I have enclosed a copy of this document. This document did not provide enough information to complete the Designation of Record. The Clerk in Kendall County advised me she would send the clerk's file to our office. We did not receive the clerk's file until Friday, November 6, 2015. I returned from vacation on November 9, 2015, therefore I was not able to file the Designation before the Court's Order. The Designation of Record was sent to the Clerk, for filing and to the Court Reporter.

Thank you for your attention to this matter.

Sincerly,

Angela Moore
ATTORNEY AT LAW

310 St. Mary's Street Suite 1830          210-227-4450 Office
San Antonio, Texas 78205          210-364-0013 cell
amoorelaw2014@gmail.com          ajmoorelaw.vpweb.com